WITNESS AND EXHIBIT LIST

| | |
|---|---|
| Case No: 25-90304 | Name of Debtor:<br>**Iron Horse Chemicals, LLC** |
| Witnesses:<br>1. Chris Quinn<br>2. Darryl Wiebe<br>3. Any Witness Called by Any Other Party | Judge: The Honorable Alfredo R. Pérez |
| | Hearing Date: August 13, 2025 |
| | Hearing Time: 3:00 p.m. |
| | Party Names:<br>Iron Horse Chemicals, LLC |
| | Attorney Names:  Christopher Adams<br>                              John Thomas Oldham<br>                              Edward A. Clarkson<br>                              Kelley K. Edwards |
| | Attorney's Phone: (713) 228-4100 |

**Nature of Proceedings:**

1. Debtor's Emergency Motion for Entry of an Order (I) Authorizing the Debtors to Pay Prepetition Wages to Employees and (II) Granting Related Relief [ECF # 5];

2. Debtor's Emergency Motion for Entry of an Order (I) Prohibiting Utility Companies from Altering, Refusing or Discontinuing Service, (II) Deeming Utilities Adequately Assured of Future Performance, (III) Establishing Procedures for Determining Adequate Assurance of Payment, and (IV) Granting Related Relief [ECF # 6];

3. Debtor's Emergency Motion for Entry of an Order Extending Time to File (I) Schedule of Assets and Liabilities, (II) Schedule of Current Income and Expenditures, (III) Schedule of Executory Contracts and Unexpired Leases, and (IV) Statement of Financial Affairs [ECF # 7];

4. Debtor's Emergency Motion for Entry of an Order Authorizing Debtor to Continue Payments Pursuant to Insurance Premium Financing Agreement [ECF # 9];

5. Debtor's Emergency Motion for Entry of an Order Authorizing Continued Use of Prepetition Bank Accounts, Cash Management System, Forms, and Books and Records [ECF # 10]; and

6. Debtor's Emergency Motion for Entry of an Order (I) Authorizing Use of Cash Collateral Pursuant to Section 363(c) of the Bankruptcy Code; (II) Granting

Adequate Protection; (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001; and (IV) Granting Related Relief [ECF # 11].[1]

## DEBTOR'S EXHIBITS

| Ex. No. | Description | Offered | Objection | Admitted | Disposition |
|---|---|---|---|---|---|
| 1. | Iron Horse Chemicals, LLC Petition [ECF # 1] | | | | |
| 2. | Declaration of Christopher L. Quinn [ECF # 12] | | | | |
| 3. | Declaration of Darryl Wiebe [ECF # 13] | | | | |
| 4. | 13-Week Cash Collateral Budget [ECF # 16-1] | | | | |
| 5. | Certificate of Service of First Day Motions [ECF # 14] | | | | |
| 6. | Utilities Service List [ECF # 6-1] | | | | |
| 7. | Employee Wage List [ECF # 5-1] | | | | |
| 8. | Interim DIP Budget [ECF # 11-1] | | | | |
| 9. | Quick Pay Agreement [ECF # 11-2] | | | | |
| 10. | Premium Finance Agreement [ECF # 9-1] | | | | |
| 11. | Notice of Electronic Hearing [ECF # 15] | | | | |
| 12. | Any Exhibit Identified or Offered by Any Other Party | | | | |
| 13. | Any Exhibit Necessary for Impeachment or Rebuttal | | | | |

---

[1] Debtor requests that its *Emergency Motion for Entry of an Order (I) Authorizing the Debtor to Pay or Honor Prepetition Obligations to Certain Critical Vendors, and (II) Authorizing Banks to Honor All Related Check and Electronic Payment Requests* [ECF # 8], be continued to a later hearing date.

Respectfully submitted this 13th day of August 2025.

        **OKIN ADAMS BARTLETT CURRY LLP**

By:  /s/ *Christopher Adams*
    Christopher Adams
    Texas Bar No. 24009857
    cadams@okinadams.com
    John Thomas Oldham
    Texas Bar No. 24075429
    joldham@okinadams.com
    Edward A. Clarkson
    Texas Bar No. 24059118
    eclarkson@okinadams.com
    Kelley K. Edwards
    Texas Bar No. 24129017
    kedwards@okinadams.com
    1113 Vine St., Suite 240
    Houston, Texas 77002
    Tel: 713.228.4100
    Fax: 346.247.7158

**PROPOSED ATTORNEYS FOR THE DEBTOR**

## CERTIFICATE OF SERVICE

    I hereby certify that on August 13, 2025, a true and correct copy of the foregoing Witness and Exhibit List was served via this Court's CM/ECF notification system to those parties registered for service upon filing of the same.

By:  /s/ *Christopher Adams*
    Christopher Adams