# Exhibit 1

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF TEXAS

Case number *(if known)* _____  Chapter **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Iron Horse Chemicals, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **37-2018995** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **2401 E. Country Rd 155**<br>**Midland, TX 79706**<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Midland**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **https://www.ironhorsechemicals.com/** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor    **Iron Horse Chemicals, LLC**            Case number (*if known*) _____
       Name

| | |
|---|---|
| **7.** **Describe debtor's business** | A. *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

     <u>1389</u>

| | |
|---|---|
| **8.** **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

     ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| | |
|---|---|
| **9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** If more than 2 cases, attach a separate list. | ■ No. ☐ Yes. |

District _____ When _____ Case number _____
District _____ When _____ Case number _____

| | |
|---|---|
| **10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ■ No ☐ Yes. |

Debtor **Iron Horse Chemicals, LLC**                                    Case number (*if known*) _____
Name

List all cases. If more than 1,
attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in this district?**   *Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☑ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Iron Horse Chemicals, LLC** | Case number (*if known*) | |
|--------|-------------------------------|--------------------------|--|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **August 12, 2025**
                MM / DD / YYYY

**X** **/s/ Darryl Wiebe**                                    **Darryl Wiebe**
Signature of authorized representative of debtor             Printed name

Title     **Chief Executive Officer**

**18. Signature of attorney**

**X** **/s/ Christopher Adams**                    Date  **August 12, 2025**
Signature of attorney for debtor                        MM / DD / YYYY

**Christopher Adams**
Printed name

**Okin Adams Bartlett Curry LLP**
Firm name

**1113 Vine St., Suite 240**
**Houston, TX 77002**
Number, Street, City, State & ZIP Code

Contact phone  **(713) 228-4100**     Email address  **info@okinadams.com**

**24009857 TX**
Bar number and State

**Fill in this information to identify the case:**

Debtor name   **Iron Horse Chemicals, LLC**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF TEXAS

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **August 12, 2025**    X **/s/ Darryl Wiebe**
                                Signature of individual signing on behalf of debtor

                                **Darryl Wiebe**
                                Printed name

                                **Chief Executive Officer**
                                  Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Iron Horse Chemicals, LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Isomeric Industries Inc.** <br> **1600 First Ave, Bldg 1-A** <br> **Big Spring, TX 79720** | | **Vendor** | | | | **$643,914.45** |
| **Single Track Solutions Corp.** <br> **#300-4838 Richard Road SW** <br> **Calgary, Alberta Canada   T2G 3A7** | | **Vendor** | | | | **$200,236.22** |
| **Hoover Circular Solutions** <br> **PO Box 732866** <br> **Port Aransas, TX 78373-2866** | | **Vendor** | | | | **$57,881.32** |
| **Integrity Chemicals, LLC** <br> **PO Box 60878** <br> **Midland, TX 79711** | | **Vendor** | | | | **$50,265.60** |
| **Fierce Property Investments LLC** <br> **4416 Briarwood Ave.  Suite 110, Box 23** <br> **Midland, TX 79707** | | **Vendor** | | | | **$22,211.65** |
| **Brenntag SouthWest, Inc.** <br> **PO Box 843376** <br> **Dallas, TX 78284-3376** | | **Vendor** | | | | **$17,092.24** |
| **DLC Logistics Services LLC** <br> **810 NW 12th Place** <br> **Andrews, TX 79714** | | **Vendor** | | | | **$12,065.50** |

Debtor **Iron Horse Chemicals, LLC**
 Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Robertsons Team, LLC** **8190 Barker Cypress Rd, Suite 1900-77** **Cypress, TX 77433** | | **Vendor** | | | | **$10,141.80** |
| **Harcros Chemicals Inc.** **PO Box 74583** **Chicago, IL 60696** | | **Vendor** | | | | **$9,345.00** |
| **Tri-Chem Industries** **PO Box 1744** **Springtown, TX 76082** | | **Vendor** | | | | **$8,385.30** |
| **Texas Integrity Acid Solutions, LLC** **PO Box 5403** **Bryan, TX 77805** | | **Vendor** | | | | **$7,621.25** |
| **Texas Tote Works LLC - Odessa** **16991 W Basin St Odessa, TX 79763-3008** | | **Vendor** | | | | **$6,600.00** |
| **RPM Diesel Services LLC** **1114 A CR 225K Denver City, TX 79323** | | **Vendor** | | | | **$5,542.52** |
| **Cowboy Oilfield Services LLC** **PO Box 2401** **Stephenville, TX 76401** | | **Vendor** | | | | **$4,030.00** |
| **J&L Laboratories, LLC** **PO Box 27727** **Houston, TX 77227** | | **Vendor** | | | | **$3,077.50** |
| **Industrial Air Rental and Sales LLC** **PO Box 12687** **Odessa, TX 79768** | | **Vendor** | | | | **$2,727.90** |
| **Water Runner, LLC** **11906 Jordy Road Midland, TX 79707** | | **Vendor** | | | | **$2,634.50** |
| **L&P Hot Shot and Transport, LLC** **PO Box 8124** **Midland, TX 79708** | | **Vendor** | | | | **$2,275.00** |

Debtor  **Iron Horse Chemicals, LLC**                                           Case number *(if known)* _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Solnexus Chemical, LLC**<br>**6001 W. Industrial Ave**<br>**Midland, TX 79706** | | **Vendor** | | | | **$2,167.00** |
| **Enduro-Tech Energy Services, Inc.**<br>**2601 NW Expressway, Ste 605W**<br>**Oklahoma City, OK 73112** | | **Vendor** | | | | **$1,305.00** |

# United States Bankruptcy Court
## Southern District of Texas

In re    **Iron Horse Chemicals, LLC** _____    Case No. _____
                                    Debtor(s)    Chapter    **11** _____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Fierce Property Investments, LLC**<br>**2705 S. County Road 1180**<br>**Midland, TX 79706** | | | **30%** |
| **Jeopardy Lane Holdings LLC**<br>**1309 Coffeen Avenue Ste. 6909**<br>**Sheridan, WY 82801** | | | **70%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Executive Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **August 12, 2025** _____    Signature    **/s/ Darryl Wiebe** _____
                                            **Darryl Wiebe**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Southern District of Texas

In re   **Iron Horse Chemicals, LLC** _____   Case No. _____
                                    Debtor(s)                    Chapter   **11** _____

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Iron Horse Chemicals, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Fierce Property Investments, LLC**
**2705 S. County Road 1180**
**Midland, TX 79706**

**Jeopardy Lane Holdings LLC**
**1309 Coffeen Avenue Ste. 6909**
**Sheridan, WY 82801**

☐ None [*Check if applicable*]

**August 12, 2025** _____          **/s/ Christopher Adams** _____
Date                                              **Christopher Adams**

                                                  Signature of Attorney or Litigant
                                                  Counsel for   **Iron Horse Chemicals, LLC**
                                                  **Okin Adams Bartlett Curry LLP**
                                                  **1113 Vine St., Suite 240**
                                                  **Houston, TX 77002**
                                                  **(713) 228-4100 Fax:(888) 865-2118**
                                                  **info@okinadams.com**

# United States Bankruptcy Court
## Southern District of Texas

In re  **Iron Horse Chemicals, LLC**  _____  Case No. _____

_____  Debtor(s)  Chapter  **11**  _____

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **August 12, 2025**  _____       **/s/ Darryl Wiebe**  _____

**Darryl Wiebe**/**Chief Executive Officer**
Signer/Title

Christopher Adams
Okin Adams Bartlett Curry LLP
1113 Vine St., Suite 240
Houston, TX 77002


Iron Horse Chemicals, LLC
2401 E. Country Rd 155
Midland, TX 79706


United States Trustee's Office
515 Rusk St., Suite 3516
Houston, TX 77002


1776 Express LLC
803 N. First
Lamesa, TX 79331


3R Operating, LLC
20405 State Highway 249
Suite 820
Houston, TX 77070


Access Chemicals & Services LLC
14141 Southwest FreewaySuite 220
Sugar Land, TX 77478


Accron LP
1400 Woodloch Forest Drive
Spring, TX 77380


ADP Payroll
14205 North Mopac Expressway
Austin, TX 78728

Advanced BioCatalytics
18010 Sky Park Circle#130
Irvine, CA 92614


AES Logistics, LLC
PO Box 763
Midland, TX 79702


Air Industrial Works
5946 South Loop East Freeway
Houston, TX 77033


American Eagle Logistics
PO Box 896829
Charlotte, NC 28289-6829


American Funds Investment
PO BOX 2280
Norfolk, VA


American Well Services, LLC
3611 E. Hwy 80
Midland, TX 79706


Archroma U.S., Inc.
5435 77 Center DriveSuite 10
Charlotte, NC 28217


AV Systems, Inc.
7172 Bach Road
Owendale, MI 48754-9731

Axis Energy Services LLC
PO Box 4199
Longview, TX 75606


Babcock Oilfield Supply LLC
224 S. Grimes
Hobbs, NM 88240


BenMark Supply Company Inc.
PO Box 198
Midland, TX 79702


Bird Dog Chemical Industries
274 Everitt Rd
Pleasanton, TX 78064


Bison Payments, LLC
Attn: Hailey Thomas
PO BOX 249
Oklahoma City, OK 73101


Black Swan OpCp, LLC
2513 S. KellySuite 200
Edmond, OK 73013


Brandywine Drumlabels LLC
7801 Stewart Ave
Wausau, WI 54401


Breevon Tech Services
1301 E Pool Rd
Odessa, TX 79766

Brenntag SouthWest, Inc.
PO Box 843376
Dallas, TX 78284-3376


BRP Energy LLC
PO Box 2718
San Angelo, TX 76902


BTG LLC
PO BOX 249
Oklahoma City, OK 73101


BTS Management LLC
616 Queens Hwy
Carlsbad, NM 88220


CDI Energy Services LLC
303 Park Row St
Van, TX 75790


Chariot Energy
5051 Westheimer Rd.Suite 1400
Houston, TX 77056


Chem Add LLC
1634 Lynnview Dr
Houston, TX 77055


Chem Tech Services, Inc.
PO Box 1619
Levelland, TX 79336

Circle B Measurement
3218 S. County Rd 1180
Midland, TX 79706


Citadel Chemical Company LLC
10800 Gosling RoadBox #132916
Spring, TX 77393


Coast Card Payable
1430 A Kristina Way
Chesapeake, VA 23326


Cowboy Oilfield Services LLC
PO Box 2401
Stephenville, TX 76401


Cowboy Pump & Supply
601 South 11th Street
Abilene, TX 79602


Dasco Cattle Co.
PO Box 727
Hobbs, NM 88241


Dearborn Life Insurance
701 E. 22nd Street
Lombard, IL 60148


Delta Fuel Company LLC
PO Box 737514
Dallas, TX 75373-7514

Diamond Pump & Transport LLC
PO Box 7119
Odessa, TX 79760


DLC Logistics Services LLC
810 NW 12th Place
Andrews, TX 79714


Double Barrel Oil LLC
PO Box 604
Brenham, TX 77834


Dr. J. Kirk McGill, Esq.
Hall Estill, Hardwick, Gable, Golden & N
7730 E. Belleview Ave., A-300
Englewood, CO 80111-2603


Durachem Production Services, LLC
7515 Jefferson Hwy #310
Baton Rouge, LA 70806


Eagle Propane & Fuel, LP
PO Box 61777
Midland, TX 79711


Elevated Chemicals, LLC
3617 S Council Rd

Suite 520
Oklahoma City, OK 73179


Empower Label
2790 Ranchview Lane N
Minneapolis, MN 55447

Enduro-Tech Energy Services, Inc.
2601 NW Expressway, Ste 605W
Oklahoma City, OK 73112


Evonik Corporation
2 Turner Place
Piscataway, NJ 08854


Fierce Property Investments LLC
4416 Briarwood Ave. Suite 110, Box 23
Midland, TX 79707


First Insurance
450 Skokie Blvd. Ste. 1000
Northbrook, IL 60062


Flat Top Operating, LLC
PMB 34, Suite #1104416 Briarwood Ave
Midland, TX 79707


Ford Credit
PO Box 35910
Cleveland, OH 44130-0910


Forrest Brothers Tire Company, Inc.
PO Box 13120
Odessa, TX 79768


Gladiator Energy LLC
3200 Southwest Freeway, Suite 1275
Houston, TX 77027

GoodRock Natural Resources, LLC
2250 E 73rd St Ste 600
Tulsa, OK 74136


Graco Oilfield Services
5300 Town and Country Blvd Ste 220
Frisco, TX 75034


Guns Up Services
PO Box 1176
Eunice, NM 88231


Harcros Chemicals Inc.
PO Box 74583
Chicago, IL 60696


Herncro Fabrication & Services
2131 Commerce Drive
Midland, TX 79703


Hoover Circular Solutions
PO Box 732866
Port Aransas, TX 78373-2866


Housher Container Group
PO Box 765227
Dallas, TX 75376


Hutch's Oilfield Supply & Equipment
10808 W County Road
Odessa, TX 79765

Hydrozonix, LLC
12100 West East Interstate 20
Odessa, TX 79765


IBS Industrial
PO Box 14146
Houston, TX 77221


Industrial Air Rental and Sales LLC
PO Box 12687
Odessa, TX 79768


Infotrac
200 North Palmetto St
Leesburg, FL 34748


Integrity Chemicals, LLC
PO Box 60878
Midland, TX 79711


International Chemicals LLC
3171 S 129th East Ave Ste A
PMB 2052
Tulsa, OK 74134


Iron Wheel Energy Services
2807 Douglas Drive
Midland, TX 79701


Ironclad Energy, LLC
1400 Woodloch Forest Drive Suite 425
Spring, TX 77380

Ironwood Business Consulting
1095 Evergreen Circle
Suite 410
Spring, TX 77380


Isomeric Industries Inc.
1600 First Ave, Bldg 1-A
Big Spring, TX 79720


J&C Transportation Services LLC
1305 Desert Rose Drive
Midland, TX 79705


J&L Laboratories, LLC
PO Box 27727
Houston, TX 77227


JNV Safety Consulting, LLC.
726 E Michigan Dr
Hobbs, NM 88240


KLX Energy Services LLC
3040 Post Oak Blvd15th Floor
Houston, TX 77056


KPA Services, LLC
PO Box 83301
Woburn, MA 01813-3301


L&M Operating, Inc.
PO Box 846
Big Lake, TX 76932

L&P Hot Shot and Transport, LLC
PO Box 8124
Midland, TX 79708


Landstar Global Logistics
13410 Sutton Park Drive, South
Jacksonville, FL 32245


Layne Water Midstream
700 CO Rd 411
Pecos, TX 79772


LFS Chemistry
1100 North Cresson Hwy
Cresson, TX 76035


Liberty Mutual
PO Box 2839
New York, NY 10116-2839


Magnum Environmental, LLC
PO Box 53367
Midland, TX 79710


Martin Water Laboratories, Inc.
709 W. Indiana Ave
Midland, TX 79701


Matrix Toll Manufacturing LLC
8501 Georgetown Rd
Walkersville, WV 26447

Maverick Logistics LLC
PO Box 675240
Dallas, TX 75267-5240


Maverick Operating LLC
1001 W Wall Street
Midland, TX 79701


Merlin Tollblending and Chemicals, LLC
30510 Cedar Woods St
Fulshear, TX 77441


Mid Lea County Water, LLC
PO Box 1735
Eunice, NM 88231


MIH Logistics, LLC.
3986 River Pointe Lane
Birmingham, AL 35216


Mission Chemical
3608 Research Forest Drive Suite 300
The Woodlands, TX 77381


Murphy Well Control
1670 US 385
Andrews, TX 79714


N5 PRODUCTION SERVICES, LLC
PO Box 385
Jacksboro, TX 76458

Nacelle Solutions
175 Industry Road
Waynesburg, PA 15370


Nitro-Chem Solutions LLC
8980 Hwy 1 S
Mill Creek, OK 74856


Northcott Services LLC
PO Box 60593
Midland, TX 79711-0593


Old School Services LLC
PO Box 1598
Henderson, TX 75653


OneCor Services LLC
PO Box 893
Williston, ND 58802-0893


P1 Energy LLC
6445 FM 1463 RD SUITE 160-248
Katy, TX 77494


Paloma Resources, LLC
1100 Louisiana Street Suite 5100
Houston, TX 77002


Paragon Integrated Services Group LLC
825 Town & Country Ln Suite 1200
Houston, TX 77024

Patts Fabrication, Inc.
304 S Lark Avenue
Odessa, TX 79762


Permian Basin Containers LLC
PO Box 12250
Odessa, TX 79768


Permian Basin Drug & Alcohol Testing, IN
PO BOX 3565
Odessa, TX 79760


PRZ LLC
3412 W. University Blvd
Odessa, TX 79764


Pureline Treatment Systems LLC
1241 N. Ellis Street
Bensenville, IL 60106


Rein Pusher Operating
PO Box 604
Brenham, TX 77834


Republic Services
PO Box 78829
Phoenix, AZ 85062-8829


Reyes Diesel Service LLC
3355 Gibbs Drive
San Angelo, TX 76903

Robertsons Team, LLC
8190 Barker Cypress Rd, Suite 1900-77
Cypress, TX 77433


Rolfson Oil
16051 Addison RoadSuite 300
Addison, TX 75001


RPM Diesel Services LLC
1114 A CR 225K
Denver City, TX 79323


RSX, LLC
4301 CR 3923
Athens, TX 75752


Safety Solutions, LLC
7116 W Interstate 20
Midland, TX 79706


Salty Dawg Trucking LLC
PO Box 94868
Lubbock, TX 79493


Select Chemistry, LLC
1233 W Loop SouthSte 1400
Houston, TX 77027


Select Industries, Inc.
4163 Airport Drive 5
Wichita Falls, TX 76305

Shoppa's Material Handling
2627 North Marco Avenue
Odessa, TX 79762


Silver Oil & Gas
PO Box 60798
San Angelo, TX 76903


Single Track Solutions Corp.
#300-4838 Richard Road SW
Calgary, Alberta Canada   T2G 3A7


Solnexus Chemical, LLC
6001 W. Industrial Ave
Midland, TX 79706


Speed Specialty
3010 Kermit Hwy
Odessa, TX 79764


Stakeholder Midstream LLC
19122 US HWY 281 N, Ste 113
San Antonio, TX 78258


Starlink
4802 Lena Rd. Unit 103
Bradenton, FL 34211


Stealth Completion Services
PO Box 13060
Odessa, TX 79768

Steven W. Soulé
Hall Estill, Hardwick, Gable, Golden & N
521 East 2nd Street, Suite 1200
Tulsa, OK 74120


Stuart Hose & Pipe Company
701 Riverside Drive
Fort Worth, TX 76111


T&J Valve
PO Box 61066
San Angelo, TX 76906


Tallgrass MLP Operations, LLC
370 Van Gordon St
Denver, CO 80228


Tejas Completion Services
4918 E County Road 135
Midland, TX 79706


Texas Integrity Acid Solutions, LLC
PO Box 5403
Bryan, TX 77805


Texas Mutual
PO Box 12058
Austin, TX 78711-2029


Texas Tote Works LLC - Odessa
16991 W Basin St
Odessa, TX 79763-3008

Trey Trucks Ltd
PO Box 366
Crane, TX 79731


Tri-Chem Industries
PO Box 1744
Springtown, TX 76082


Trophy Energy, Inc
811 East Bethel School Road
New Orleans, LA 70190


Twisted Sand Mechanical Services, LLC
1814 SE 5001 A
Andrews, TX 79714-5967


TXAM Pumps
PO Box 38622
Houston, TX 77238


United Rentals, Inc.
PO Box 840514
Dallas, TX 75284-0514


Valerie Ramos
3110 West County Road 130
Midland, TX 79706


Value Additives LLC
15 Mathieson Street
Morgantown, WV 26501

Versatile Oil Tools
PO Box 80310
Midland, TX 79708


VK Enterprises Inc.
PO Box 3577
Edmond, OK 73083


Water Runner, LLC
11906 Jordy Road
Midland, TX 79707


Water Tech Incorporated
7215 Hwy 271 South
Fort Smith, AR 72905


White Claw Crude LLC
5220 Spring Valley RdSuite 520
Dallas, TX 75254


White Sail Resources LLC
6928 King Ranch Road
Odessa, TX 79765


Whitley Penn LLP
PO Box 676360
Dallas, TX 75267-3600


Wolfex Energy Solutions
128 Vision Park Blvd Ste 240
Conroe, TX 77384

```
Wolfex Supply Chain Solutions
128 VISION PARK BLVD STE 240
Conroe, TX 77384
```

## UNANIMOUS WRITTEN CONSENT OF THE BOARD OF MANAGERS
## OF IRON HORSE CHEMICALS, LLC

The undersigned, constituting the Board of Managers (the "Board") of Iron Horse Chemicals, LLC, a Wyoming limited liability company (the "Company"), in lieu of a meeting of the Board, for which notice is hereby waived, and acting pursuant to Section 5 of the Company's Amended and Restated Operating Agreement, effective November 16, 2022, as may be amended or in effect (the "Company Agreement"), do hereby approve and consent to the adoption of, and hereby ratify, the resolutions attached hereto as Exhibit A, which resolutions shall be deemed to be adopted as of the date hereof and to have the same force and effect as if such resolutions were adopted by the Board at a duly convened meeting held for such purpose.

IN WITNESS WHEREOF, the undersigned have duly executed this Written Consent as of the 11th day of August, 2025.

**Jeopardy Lane Holdings, LLC**

By: _____
Name: Darryl Wiebe
Title: President

**Fierce Property Investments, LLC**

By: _____
Name: Christopher M. Butler
Title: Managing Member

## RESOLUTIONS OF THE BOARD OF IRON HORSE CHEMICALS, LLC

**WHEREAS**, the Board of Managers (the "Board") of Iron Horse Chemicals, LLC, a Wyoming limited liability company, has reviewed the materials presented by the management of the Company regarding the liabilities and liquidity situation of the Company, the strategic alternatives available to it, and the effect of the foregoing on the business of the Company;

**WHEREAS**, the Board has had the opportunity to consult with management of the Company and advisors and fully consider each of the strategic alternatives available to the Company;

**WHEREAS**, the Board has deemed it advisable and in the best interests of the Company, its creditors, members, and other interested parties, that the Company file a voluntary petition for relief under the provisions of chapter 11 of title 11 of the United States Code, 11 U.S.C. § 101 *et seq*. (the "Bankruptcy Code") for the purpose of restructuring Company's business affairs; and

**WHEREAS**, Section 5 of that certain Amended and Restated Operating Agreement of Iron Horse Chemicals, LLC (the "Company Agreement"), authorizes the Board, to take any action required or permitted by law or the Company Agreement.

### NOW THEREFORE, BE IT:

***Chapter 11 Filings***

**RESOLVED**, that the Board has determined that it is desirable and in the best interests of the Company, its equity holders, its creditors as a whole, and other parties in interest, that the Company file a voluntary petition for relief (the "Petition") and commence a case (the "Chapter 11 Case") under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court"); and further

**RESOLVED**, that the Board hereby authorizes, directs, empowers and appoints Darryl Wiebe as the Company's representative (the "Authorized Representative"), acting in the name and on behalf of the Company, to: (i) verify and execute the Petition as well as all other ancillary documents, and to cause the Petition to be filed with the Bankruptcy Court, and to make or cause to be made prior to the execution thereof any modifications to the Petition or ancillary documents; (ii) execute, verify, and file or cause to be filed the Petition, schedules, lists, motions, applications, and other papers or documents advisable, appropriate, convenient, desirable or necessary in connection with the foregoing; and (iii) to conduct the restructuring and execute all documents or papers necessary or desirable to effectuate the proposed restructuring; and further

**RESOLVED**, that the Board hereby authorizes, directs, and empowers Christopher Quinn as the Chief Restructuring Officer (the "CRO") of the Company, with all of the of the powers and authority expressly delegated to the CRO by the Authorized Representative, and to assist the Authorized Representative in carrying out his duties, as set out herein, in connection with the Chapter 11 Cases. Such duties of the CRO shall include, but not be limited to:

1. Assist the Authorized Representative to direct and confer with retained estate professionals, including but not limited to Debtor's legal counsel, restructuring advisors, investment bankers and brokers;

2. Assist the Authorized Representative in communicating with creditors of the Debtor and meeting with representatives of such constituencies;

3. Assist the Authorized Representative with monitoring and managing the Debtor's cash management, including bank accounts containing the Debtor's funds;

4. Assist the Authorized Representative in negotiating the terms of any debtor-in-possession financing or agreement regarding the use of cash collateral;

5. Assist the Authorized Representative in negotiating any restructuring support agreements or plans of reorganization for the Debtor;

6. Assist the Authorized Representative in preparing and approving statements of financial affairs, schedules, first day motions and other regular motions and reports required by the Bankruptcy Court or which Debtor is otherwise obligated to prepare and provide;

7. Assist the Authorized Representative in retaining additional estate professionals as the Authorized Representative deems advisable in furtherance of the foregoing, subject to the requirements of the Bankruptcy Code and Bankruptcy Rules;

8. Assist the Authorized Representative in negotiating the terms of any proposed sale of the Debtor's property; and,

9. Take any and all further action and/or perform such services as set forth in the CRO's engagement agreement, as amended from time to time.

All such powers granted to the CRO above shall also be expressly retained by the Authorized Representative, and the CRO shall act only after consultation with the Authorized Representative and shall not act contrary to the direction of the Authorized Representative. The Authorized Representative may expand the CRO's authority upon a showing of cause, court order or based upon his own discretion, without the need for further Company resolution(s) or action.

***Retention of Professionals***

**RESOLVED**, that the Board hereby authorizes and directs the Authorized Representative, in the name and on behalf of the Company, to employ any individual and/or firm as counsel, professionals, consultants or financial advisors to the Company as the Authorized Representative may deem advisable, appropriate, convenient, desirable or necessary to represent and assist the Company in carrying out its duties under the Bankruptcy Code and any other applicable law; and further

**RESOLVED**, that the Authorized Representative is authorized, directed, and empowered in the name of, and on behalf of the Company, to employ Christopher Quinn ("Quinn") as restructuring advisor to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the rights and obligations of the Company; and in connection therewith, the Authorized Representative is authorized and directed,

in the name and on behalf of the Company, to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Petitions and to cause to be filed an appropriate application to retain the services of Quinn; and further

**RESOLVED**, that the Authorized Representative is authorized, directed, and empowered in the name of, and on behalf of the Company, to employ the law firm of Okin Adams Bartlett Curry LLP ("Okin Adams") to represent the Company as general bankruptcy counsel and to represent and assist the Company in carrying out their duties under the Bankruptcy Code, and to take any and all actions to advance the rights and obligations of the Company, including the preparation of pleadings and filings in the Chapter 11 Case; and in connection therewith, the Authorized Representative is authorized and directed, in the name and on behalf of the Company, to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Petitions and to cause to be filed an appropriate application for authority to retain the services of Okin Adams; and further

### General Resolutions

**RESOLVED**, that in addition to the specific authorizations heretofore conferred and directed, the Authorized Representative be, and hereby is, authorized and empowered, in the name of and behalf of the Company, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver, and file any and all such agreements, certificates, instruments, and other documents and to pay all expenses, including but not limited to filing fees, in each as in such Authorized Representative's judgment, shall be necessary, appropriate, desirable, or proper in order to fully carry out the intent and accomplish the purposes of these resolutions adopted herein; and

**RESOLVED**, that all acts, actions, and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby in all respects approved, confirmed, and ratified as the true acts and deeds of the Company with the same force and effect as if each such act, transaction, agreement, or certificate has been specifically authorized in advance by the Board.

*     *     *