# Exhibit 4

**Iron Horse Chemicals, LLC**
13-week cash flow budget

| | 1<br>Fcst | 2<br>Fcst | 3<br>Fcst | 4<br>Fcst | 5<br>Fcst | 6<br>Fcst | 7<br>Fcst | 8<br>Fcst | 9<br>Fcst | 10<br>Fcst | 11<br>Fcst | 12<br>Fcst | 13<br>Fcst | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| For week ending | 17-Aug | 24-Aug | 31-Aug | 7-Sep | 14-Sep | 21-Sep | 28-Sep | 5-Oct | 12-Oct | 19-Oct | 26-Oct | 2-Nov | 9-Nov | TOTAL |
| **Total Cash from Operations** | 179,127 | 179,127 | 179,127 | 179,127 | 179,127 | 179,127 | 179,127 | 179,127 | 179,127 | 179,127 | 179,127 | 179,127 | 179,127 | 2,328,649 |
| **Operating Costs** | | | | | | | | | | | | | | |
| Costs of Goods Sold (COGS) | (129,082) | (129,082) | (129,082) | (129,082) | (129,082) | (129,082) | (129,082) | (129,082) | (129,082) | (129,082) | (129,082) | (129,082) | (129,082) | (1,678,063) |
| Payroll and Employee Benefits | (60,000) | - | (60,000) | - | (60,000) | - | - | (60,000) | - | (60,000) | - | (60,000) | - | (360,000) |
| Contract Labor | (21,450) | - | (21,450) | - | (21,450) | - | - | (21,450) | - | (21,450) | - | (21,450) | - | (128,700) |
| Rents | - | - | (20,800) | - | - | - | - | (20,800) | - | - | - | (20,800) | - | (62,400) |
| Overhead | (852) | (852) | (852) | (852) | (852) | (852) | (852) | (852) | (852) | (852) | (852) | (852) | (852) | (11,073) |
| Insurance | (21,000) | - | - | - | (21,000) | - | - | - | (21,000) | - | - | - | (21,000) | (84,000) |
| Utilities | (348) | (348) | (348) | (348) | (348) | (348) | (348) | (348) | (348) | (348) | (348) | (348) | (348) | (4,520) |
| Equipment/Repairs/Maint/Safety | (2,333) | (2,333) | (2,333) | (2,333) | (2,333) | (2,333) | (2,333) | (2,333) | (2,333) | (2,333) | (2,333) | (2,333) | (2,333) | (30,333) |
| Travel/Meals/Enter Expense | (1,949) | (1,949) | (1,949) | (1,949) | (1,949) | (1,949) | (1,949) | (1,949) | (1,949) | (1,949) | (1,949) | (1,949) | (1,949) | (25,333) |
| Taxes | (676) | (676) | (676) | (676) | (676) | (676) | (676) | (676) | (676) | (676) | (676) | (676) | (676) | (8,792) |
| Interest Expense | (1,200) | - | - | - | - | (1,200) | - | - | - | (1,200) | - | - | (1,200) | (4,800) |
| Vehicle/Forklift Expense | (5,226) | (5,226) | (5,226) | (5,226) | (5,226) | (2,701) | (2,701) | (2,701) | (2,701) | (2,701) | (2,701) | (2,701) | (2,701) | (47,734) |
| Prof/Consulting Fees - Legal/Acctg | - | - | (7,500) | - | - | - | - | (7,500) | - | - | - | (7,500) | - | (22,500) |
| Miscellaneous Expense | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (6,500) |
| **Total Operating Costs** | (244,615) | (140,965) | (250,715) | (140,965) | (243,415) | (139,640) | (138,440) | (248,190) | (159,440) | (221,090) | (138,440) | (248,190) | (160,640) | (2,474,748) |
| **Operating Cash Flow** | (65,488) | 38,162 | (71,588) | 38,162 | (64,288) | 39,486 | 40,686 | (69,064) | 19,686 | (41,964) | 40,686 | (69,064) | 18,486 | (146,100) |
| **Bankruptcy Costs** | | | | | | | | | | | | | | |
| Debtor's Counsel - Okin Adams | - | - | (75,000) | - | - | - | - | (70,000) | - | - | - | - | (65,000) | (210,000) |
| Debtor CRO - C.Quinn | - | - | (18,000) | - | - | - | - | (15,000) | - | - | - | - | (13,000) | (46,000) |
| U.S. Trustee Quarterly Fees | - | - | - | - | - | - | - | - | (13,800) | - | - | - | TBD | (13,800) |
| **Total Bankruptcy Costs** | - | - | (93,000) | - | - | - | - | (85,000) | (13,800) | - | - | - | (78,000) | (269,800) |
| **Total Costs including BK** | (244,615) | (140,965) | (343,715) | (140,965) | (243,415) | (139,640) | (138,440) | (333,190) | (173,240) | (221,090) | (138,440) | (248,190) | (238,640) | (2,744,548) |
| **Beginning Cash Balance on Aug 8, 2025** | 426,465 | 360,976 | 399,138 | 234,550 | 272,712 | 208,423 | 247,910 | 288,596 | 134,533 | 140,420 | 98,456 | 139,142 | 70,079 | 426,465 |
| Net Cash Flow | (65,488) | 38,162 | (71,588) | 38,162 | (64,288) | 39,486 | 40,686 | (69,064) | 19,686 | (41,964) | 40,686 | (69,064) | 18,486 | (146,100) |
| Bankruptcy Costs | - | - | (93,000) | - | - | - | - | (85,000) | (13,800) | - | - | - | (78,000) | (269,800) |
| DIP Draw / (Repayment) | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Ending Cash Balance** | 360,976 | 399,138 | 234,550 | 272,712 | 208,423 | 247,910 | 288,596 | 134,533 | 140,420 | 98,456 | 139,142 | 70,079 | 10,565 | 10,565 |