# Exhibit 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: § | |
| § | Case No. 25-90304 |
| **IRON HORSE CHEMICALS, LLC** § | |
| § | |
| Debtor. § | |
| § | Chapter 11 |

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the following documents were served: (i) on August 12, 2025 *via* the Court's CM/ECF system on any party having appeared and requested notice in the Chapter 11 Case at the time of filing of the pleadings; (ii) on August 13, 2025 *via* email, where available, to the persons and entities identified in the service list attached hereto as **Exhibit A**:

1. *Debtor's Voluntary Petition for Non-Individuals Filing for Bankruptcy (Chapter 11)* [ECF # 1];

2. *Debtor's Emergency Motion for Entry of an Order (I) Authorizing the Debtors to Pay Prepetition Wages to Employees and (II) Granting Related Relief* [ECF # 5];

3. *Debtor's Emergency Motion for Entry of an Order (I) Prohibiting Utility Companies from Altering, Refusing or Discontinuing Service, (II) Deeming Utilities Adequately Assured of Future Performance, (III) Establishing Procedures for Determining Adequate Assurance of Payment, and (IV) Granting Related Relief* [ECF # 6];

4. *Debtor's Emergency Motion for Entry of an Order Extending Time to File (I) Schedule of Assets and Liabilities, (II) Schedule of Current Income and Expenditures, (III) Schedule of Executory Contracts and Unexpired Leases, and (IV) Statement of Financial Affairs* [ECF # 7];

5. *Debtor's Emergency Motion for Entry of an Order (I) Authorizing the Debtor to Pay or Honor Prepetition Obligations to Certain Critical Vendors, and (II) Authorizing Banks to Honor All Related Check and Electronic Payment Requests* [ECF # 8];

6. *Debtor's Emergency Motion for Entry of an Order Authorizing Debtor to Continue Payments Pursuant to Insurance Premium Financing Agreement [ECF # 9];*

7. *Debtor's Emergency Motion for Entry of an Order Authorizing Continued Use of Prepetition Bank Accounts, Cash Management System, Forms, and Books and Records [ECF # 10]; and*

8. *Debtor's Emergency Motion for Entry of an Order (I) Authorizing Use of Cash Collateral Pursuant to Section 363(c) of the Bankruptcy Code; (II) Granting Adequate Protection; (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001; and (IV) Granting Related Relief [ECF # 11].*

Respectfully submitted this 13th day of August 2025.

**OKIN ADAMS BARTLETT CURRY LLP**

By: /s/ *Christopher Adams*
Christopher Adams
Texas Bar No. 24009857
cadams@okinadams.com
John Thomas Oldham
Texas Bar No. 24075429
joldham@okinadams.com
Edward A. Clarkson
Texas Bar No. 24059118
eclarkson@okinadams.com
Kelley K. Edwards
Texas Bar No. 24129017
kedwards@okinadams.com
1113 Vine St., Suite 240
Houston, Texas 77002
Tel: 713.228.4100
Fax: 346.247.7158

**PROPOSED ATTORNEYS FOR THE DEBTOR**

# Exhibit A
## MASTER SERVICE LIST
### Iron Horse Chemicals, LLC
### Case No. 25-90304

| **Debtor:**<br><br>Darryl Wiebe<br>Chief Executive Officer<br>**Iron Horse Chemicals LLC**<br>2401 E County Rd. 155<br>Midland, Texas 79706<br>Email: darryl@ironhorsechemicals.com | **Counsel For Darryl Wiebe:**<br><br>Steven W. Soulé, Esq.<br>Joshua Kirk McGill, Esq.<br>**Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C.**<br>521 East 2nd Street South, Suite 1200<br>Tulsa, Oklahoma 74120<br>Email: ssoule@hallestill.com<br>Email: kmcgill@hallestill.com |
|---|---|
| **Proposed Debtor's Counsel:**<br><br>Christopher Adams<br>John Thomas Oldham<br>Edward A. Clarkson<br>Kelley K. Edwards<br>**Okin Adams Bartlett Curry LLP**<br>113 Vine Street, Suite 240<br>Houston, Texas 77002<br>Email: cadams@okinadams.com<br>         joldham@okinadams.com | **Secured Creditor:**<br><br>Bison Payments, LLC<br>Attn: Hailey Thomas<br>PO BOX 249<br>Oklahoma City, Oklahoma 7310<br>Email: James.Cretella@BlankRome.com |
| **Office of the US Trustee:**<br><br>Office of the United States Trustee<br>for the Southern District of Texas<br>515 Rusk Street, Suite 3516<br>Houston, TX 77002 | **Chief Restructuring Officer for Iron Horse Chemicals, LLC:**<br><br>Christopher L. Quinn<br>Quinn & Associates, LLC<br>26414 Cottage Cypress Lane<br>Cypress, Texas 77433<br>Email: chris.quinn2021@outlook.com |

| | |
|---|---|
| **Twenty Largest Unsecured Creditors:**<br><br>Brenntag Southwest, Inc.<br>PO Box 843376<br>Dallas, Texas 78284-3376<br>Via Email: bswinvoicing@brenntag.com | Cowboy Oilfield Services LLC<br>PO Box 2401<br>Stephenville, Texas 76401<br>Via Email: office@cowboyoilfieldservices.com |
| DLC Logistics Services LLC<br>810 NW 12th Place<br>Andrews, Texas 79714<br>Via Email: dlclogisticssvcs@yahoo.com | Enduro-Tech Energy Services, Inc.<br>2601 NW Expressway, Ste 605W<br>Oklahoma City, Oklahoma 73112<br>Via Email: lbender@eesokc.com |
| Fierce Property Investments LLC<br>4416 Briarwood Ave.<br>Suite 110, Box 23<br>Midland, Texas 79707<br>Via Email: ar@cmbcllc.com | Harcros Chemicals Inc<br>PO Box 74583<br>Chicago, Illinois 60696<br>Via Email:ar@harcros.com |
| Hoover Circular Solutions<br>PO Box 73286<br>Port Aransas, Texas 78373-2866<br>Via Email:<br>accountsreceivabledepartment@hooversolutions.com | Industrial Air Rental and Sales LLC<br>PO Box 12687<br>Odessa, Texas 79768<br>Via Email: destini@industrialairtx.com |
| Integrity Chemicals, LLC<br>PO Box 60878<br>Midland, Texas 79711<br>Via Email: clair.sweatt@integritychemicals.com | Isomeric Industries Inc.<br>1600 First Ave, Bldg 1-A<br>Big Spring, Texas 79720<br>Via Email:<br>invoicing@isomericindustries.com |

| | |
|---|---|
| J&L Laboratories, LLC<br>PO Box 27727<br>Houston, Texas 77227<br>Via Email: ar@jl-laboratories.com | L&P Hot Shot and Transport, LLC<br>PO Box 8124<br>Midland, Texas 79708<br>Via Email: office@lphotshot.com |
| Robertsons Team, LLC<br>8190 Barker Cypress Rd, Suite 1900-77<br>Cypress, Texas 77433<br>Via Email: csalas@robertsonsteam.com | RPM Diesel Services LLC<br>1114 A CR 225K<br>Denver City, Texas 79323<br>Via Email: th@rpmdieselservice.net |
| Single Track Solutions Corp.<br>#300-4838 Richard Road SW<br>Calgary, Alberta<br>Canada T2G 3A7<br>Via Email: accounting@gosingletrack.com | Solnexus Chemical, LLC<br>6001 W. Industrial Ave<br>Midland, Texas 79706<br>Via Email: danderson@agri-empresa.com |
| Texas Integrity Acid Solutions, LLC<br>PO Box 5403<br>Bryan, Texas 77805<br>Via Email: casey@texasintegrityacid.com | Texas Tote Works LLC – Odessa<br>16991 W Basin St<br>Odessa, Texas 79763-3008<br>Via Email: angela@unitedcontainergroup.com |
| Tri-Chem Industries<br>PO Box 1744<br>Springtown, Texas 76082<br>Via Email: accounting@tri-chem.net | Water Runner, LLC<br>11906 Jordy Road<br>Midland, Texas 79707<br>Via Email: accounting@waterrunner.com |
| **Utility Companies Other Interested Parties:**<br><br>ADP Payroll<br>14205 North Mopac Expressway<br>Austin, Texas 78728<br>**Via First Class Mail** | Chariot Energy<br>5051 Westheimer Rd. Suite 1400<br>Houston, Texas 77056<br>**Via First Class Mail** |
| Dearborn Life Insurance<br>701 E. 22nd Street<br>Lombard, IL 60148<br>**Via First Class Mail** | First Insurance<br>450 Skokie Blvd. Ste. 1000<br>Northbrook, IL 60062<br>**Via First Class Mail** |

| | |
|---|---|
| Liberty Mutual<br>PO Box 2839<br>New York, NY 10116-2839<br>**Via First Class Mail** | Republic Services<br>PO Box 78829<br>Phoenix, AZ 85062-8829<br>**Via First Class Mail** |
| Starlink<br>4802 Lena Rd. Unit 103<br>Bradenton, FL 34211<br>**Via First Class Mail** | Texas Mutual<br>PO Box 12058<br>Austin, TX 78711-2029<br>**Via First Class Mail** |
| BTG LLC<br>PO BOX 249<br>Oklahoma City, OK 73101<br>**Via First Class Mail** | PNC Bank<br>PO Box 609<br>Pittsburgh, PA 15230-9738<br>**Via First Class Mail** |
| **Government Agencies and Other Entities:**<br><br>Department of Treasury<br>Internal Revenue Service<br>P.O. Box 802501<br>Cincinnati, OH 45280-2501<br>**Via First Class Mail** | Texas Comptroller of Public Accounts<br>PO Box 149348<br>Austin, TX 78714-9348<br>**Via First Class Mail** |
| Secretary of State of Texas<br>P.O. Box 13697<br>Austin, TX 78711-3697<br>**Via First Class Mail** | Secretary of State of Wyoming<br>Herschler Building East<br>122 West 25th Street, Suite 100<br>Cheyenne, WY 82002-0020<br>**Via First Class Mail** |
| **Parties Requesting Notice:** | |
| | |