# Exhibit 6

**Iron Horse Chemicals, LLC**
**Exhibit A - Utilities Service List**

| Utility Provider | Provider Address | Description of Service Provided | Contract Term | Deposit | Outstanding Prepetition Balance | Estimated Monthly Payment |
|---|---|---|---|---|---|---|
| Chariot Energy | 5051 Westheimer Rd., Suite 1400 Houston, TX 77056 | Electricity - Midland Location | N/A | $ - | $540 | $800 |
| Republic Services | P.O. Box 78829 Phoenix, AZ 85062-8829 | Waste Removal | N/A | $ - | $207.92 | $225 |
| Verizon Business | P.O. Box 489 Newark, NJ 07101-0489 | Telephone | N/A | $ - | $0 | $140 |
| | | | | | $ 747.92 | $ 1,165.00 |

# Exhibit A