# Exhibit 7

| Category | Employee Name | Employee Position | Annual Salary/Hourly Wage | Average Semi Monthly Payroll | Payroll from August 9-11 | Truck Allowance | Cell Phone Allowance | Estimated Prepetition Wages Owed |
|---|---|---|---|---|---|---|---|---|
| Salaried | Gustus, Heidi | Benefits Administrator | $ 18,000.00 | $ 750.00 | $ 75.00 | $ - | $ - | $ 825.00 |
| Salaried | McLean, Jacob | Sales Executive | $ 120,000.00 | $ 5,000.00 | $ 500.00 | $ 1,500.00 | $ 75.00 | $ 7,075.00 |
| Salaried | Powell, Cameron | VP of Sales | $ 160,000.00 | $ 6,666.67 | $ 666.67 | $ - | $ 75.00 | $ 7,408.34 |
| Salaried | Rodriguez, Joshua | Account Representative | $ 110,000.00 | $ 4,583.33 | $ 458.33 | $ - | $ 75.00 | $ 5,116.66 |
| Salaried | Sauceda, Martin | Chemical Technician | $ 125,000.00 | $ 5,208.33 | $ 520.83 | $ - | $ 75.00 | $ 5,804.16 |
| Hourly | Corbin, James | Yard Technician | $28/hour | $ 3,423.84 | $ 353.36 | $ - | $ - | $ 3,777.20 |
| Hourly | Hernandez, Erik | Chemical Delivery Specialist | $35/hour | $ 4,476.68 | $ 353.85 | $ - | $ 75.00 | $ 4,905.53 |
| Hourly | Lemons, Misty | Office Administrator | $28/hour | $ 2,753.80 | $ 225.68 | $ 750.00 | $ 75.00 | $ 3,804.48 |
| | | | | | $ 3,153.72 | | | $ 38,716.37 |