# Exhibit 8

**Iron Horse Chemicals, LLC**
First 20 days cash flow budget

|  | 1 | 2 | 3 |  |
|---|---|---|---|---|
|  | Fcst | Fcst | Fcst |  |
| For week ending | 17-Aug | 24-Aug | 31-Aug | TOTAL |
| **Total Cash from Operations** | 179,127 | 179,127 | 179,127 | 537,380 |
| **Operating Costs** |  |  |  |  |
| Costs of Goods Sold (COGS) | - | - | - | - |
| Payroll and Employee Benefits | (60,000) | - | (60,000) | (120,000) |
| Contract Labor | (21,450) | - | (21,450) | (42,900) |
| Rents | - | - | (20,800) | (20,800) |
| Overhead | (852) | (852) | (852) | (2,555) |
| Insurance | (21,000) | - | - | (21,000) |
| Utilities | (348) | (348) | (348) | (1,043) |
| Equipment/Repairs/Maint/Safety | (2,333) | (2,333) | (2,333) | (7,000) |
| Travel/Meals/Enter Expense | (1,949) | (1,949) | (1,949) | (5,846) |
| Taxes | (676) | (676) | (676) | (2,029) |
| Interest Expense | (1,200) | - | - | (1,200) |
| Vehicle/Forklift Expense | (5,226) | (5,226) | (5,226) | (15,677) |
| Prof/Consulting Fees - Legal/Acctg | - | - | (7,500) | (7,500) |
| Miscellaneous Expense | (500) | (500) | (500) | (1,500) |
| **Total Operating Costs** | (115,533) | (11,883) | (121,633) | (249,050) |
| **Operating Cash Flow** | 63,593 | 167,243 | 57,493 | 288,330 |
| **Bankruptcy Costs** |  |  |  |  |
| Debtor's Counsel - Okin Adams | - | - | - | - |
| Debtor CRO - C.Quinn | - | - | - | - |
| U.S. Trustee Quarterly Fees | - | - | - | - |
| **Total Bankruptcy Costs** | - | - | - | - |
| **Total Costs including BK** | (115,533) | (11,883) | (121,633) | (249,050) |
| **Beginning Cash Balance on Aug 8, 2025** | 426,465 | 490,058 | 657,302 | 426,465 |
| Net Cash Flow | 63,593 | 167,243 | 57,493 | 288,330 |
| Bankruptcy Costs | - | - | - | - |
| DIP Draw / (Repayment) | - | - | - | - |
| **Ending Cash Balance** | 490,058 | 657,302 | 714,795 | 714,795 |