# Exhibit 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 25-90304 |
| **IRON HORSE CHEMICALS, LLC** | § | |
| | § | |
| Debtor. | § | |
| | § | Chapter 11 |

## NOTICE OF ELECTRONIC HEARING

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1.  A hearing (the "Hearing") is set for **August 13, 2025 at 3:00 p.m.** (prevailing Central Time) before the Honorable Alfredo R. Pérez, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of Texas (the "Court"), to consider the following matters:

   a.  *Debtor's Emergency Motion for Entry of an Order (I) Authorizing the Debtor to Pay Prepetition Wages to Employees and (II) Granting Related Relief* [ECF # 5];

   b.  *Debtor's Emergency Motion for Entry of an Order (I) Prohibiting Utility Companies From Altering, Refusing or Discontinuing Service, (II) Deeming Utilities Adequately Assured of Future Performance, (III) Establishing Procedures for Determining Adequate Assurance of Payment, and (IV) Granting Related Relief* [ECF # 6];

   c.  *Debtor's Emergency Motion for Entry of an Order Extending Time to File (I) Schedules of Assets and Liabilities, (II) Schedules of Current Income and Expenditures, (III) Schedules of Executory Contracts and Unexpired Leases, and (IV) Statements of Financial Affairs* [ECF # 7];

   d.  *Debtor's Emergency Motion for Entry of an Order (I) Authorizing the Debtor to Pay or Honor Prepetition Obligations to Certain Critical Vendors, and (II) Authorizing Banks to Honor All Related Check and Electronic Payment Requests* [ECF # 8];

   e.  *Debtor's Emergency Motion for Entry of an Order Authorizing Debtor to Continue Payments Pursuant to Insurance Premium Financing Agreement* [ECF # 9];

   f.  *Debtor's Emergency Motion for Entry of an Order Authorizing Continued Use of Prepetition Bank Accounts, Cash Management System, Forms, and Books and Records* [ECF # 10]; and

   g. *Debtor's Emergency Motion for Entry of an Order (I) Authorizing Use of Cash Collateral Pursuant to Section 363(c) of the Bankruptcy Code; (II) Granting Adequate Protection; (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001; and (I) Granting Related Relief* [ECF # 11].

  2. **Pursuant to the Procedures for Complex Cases in the Southern District of Texas, the Hearing will be held virtually, and in-person attendance is <u>not</u> permitted**. Audio communication will be by use of the Court's dial-in facility. You may access the facility at **(832) 917-1510**. Once connected, you will be asked to enter the conference room number. Judge Pérez's conference room number is **282694**. Video communication will be by use of the **GOTOMEETING** platform. Connect via the free GoToMeeting application or click the link on Judge Jones's homepage. The meeting code is "**JudgePerez**". Click the settings icon in the upper right corner and enter your name under the personal information setting.

  3. Parties are encouraged to review the Court's procedures for telephonic appearances located on the Court's website at: https://www.txs.uscourts.gov/page/united-states-bankruptcy-judge-alfredo-r-perez.

  4. Any exhibit offered by the Debtor will be filed on the Court's docket. Additionally, the Debtor may have demonstrative exhibits to aid in their presentation to the Court, copies of which may be obtained by any party by sending a request to the undersigned counsel for the Debtor at the email addresses listed below.

  5. If any party wishes to offer exhibits, these exhibits should be filed with the Clerk of the Court using the Court's CM/ECF system. Each exhibit should be filed as a separate attachment to an Exhibit List in compliance with Bankruptcy Local Rule 9013 and General Order 2020-04.

  6. Witnesses presented by the Debtor will appear via audio and video connection. Any person wishing to examine the witness will be permitted to do so during the hearing via audio and/or video, subject to approval of the Court.

Respectfully submitted on the 13th day of August, 2025.

              **OKIN ADAMS BARTLETT CURRY LLP**

            By:  /s/ *Christopher Adams*
               Christopher Adams
               Texas Bar No. 24009857
               cadams@okinadams.com
               John Thomas Oldham
               Texas Bar No. 24075429
               joldham@okinadams.com
               Edward A. Clarkson
               Texas Bar No. 24059118
               eclarkson@okinadams.com
               Kelley K. Edwards

Texas Bar No. 24129017  
kedwards@okinadams.com  
1113 Vine St., Suite 240  
Houston, Texas 77002  
Tel: 713.228.4100  
Fax: 346.247.7158

**PROPOSED ATTORNEYS FOR THE DEBTOR**

**<u>CERTIFICATE OF SERVICE</u>**

     I hereby certify that on August 13, 2025 a true and correct copy of the foregoing Notice was served via this Court's CM/ECF notification system to those parties registered for service upon filing of the same and *via* electronic mail, where available, to the persons and entities identified in the service list attached hereto as **Exhibit A**

                            By:     /s/ *Christopher Adams*  
                                Christopher Adams